Argued and submitted June 3, affirmed October 21, 1980

STATE OF OREGON,
*Appellant-Petitioner,*
*v.*
LEO ALEXANDER,
*Respondent-Petitioner.*
(NO. G-77-104, NO. G-78-43,
NO. G-78-44, NO. G-78-45)

STATE OF OREGON,
*Appellant-Petitioner,*
*v.*
CLIFFORD ALEXANDER,
*Respondent-Petitioner.*
(NO. G-77-103, NO. G-79-39,
NO. G-78-40, NO. G-78-41)

STATE OF OREGON,
*Appellant-Petitioner,*
*v.*
MICHAEL A. BRISBOIS,
*Respondent-Petitioner.*
(NO. G-77-105, NO. G-78-46,
NO. G-78-47, NO. G-78-48)

(Cases Consolidated)
(CA 13568, SC 26909)

617 P2d 1376

Robert C. Cannon, Assistant Attorney General, Salem, argued the cause for appellant-petitioner. With him on the briefs were James A. Redden, Attorney General, and Walter L. Barrie, Solicitor General, Salem.

Edward J. Jones, Oregon City, argued the cause for respondent-petitioners. With him on the briefs was Parkinson, Fontana, Schumann and Jones, Oregon City.

PER CURIAM.

**PER CURIAM.**

The decision of the Court of Appeals is affirmed for the reasons stated in its decision.

Affirmed.

**TANZER, J.,** Specially Concurring.

In this case, the continuing validity of *State v. Brown,* 262 Or 442, 497 P2d 1191 (1972), is placed squarely in issue. I would reach the issue, and I concur based upon the reasons given in my concurring opinion in *State v. Knowles,* 289 Or 803, 618 P2d 1245 (1980).